**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR15-08085-001-PCT-NVW |
| Plaintiff, | **ORDER** |
| vs. | |
| Esgar Hulises Lopez, | |
| Defendant. | |

The Defendant appeared in court with counsel. A pretrial release revocation hearing was held pursuant to 18 U.S.C. §3148; the Defendant submitted the issues on the record before the Court. The Court finds by clear and convincing evidence that the Defendant has violated the terms of his previously imposed pretrial release conditions as alleged in the Petition to Revoke. After considering the factors set forth in 18 U.S.C. §3142(g), the Court concludes there are no conditions or combination of conditions which will assure that the defendant will not flee or pose a danger to the safety of other persons or the community; even if there were such conditions, the defendant is unlikely to abide by such conditions.

IT IS ORDERED that the Defendant be detained.

DATED this 19th day of January, 2016.

_____
Deborah M. Fine
United States Magistrate Judge